UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GOLF ACQUISITIONS, L.L.C., d/b/a
PRO GOLF, LLC, a Michigan Limited
Liability Company,**

       Plaintiff,

                                      Civil No.**08-12119**
                                      Hon. John Feikens

       v.

**LEONARD H. MOLLOY and
LAURENCE J. CORNELL, individuals,
jointly and severally,**

       Defendants.

_____/

**ORDER ADOPTING  MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

       The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

**7/14/2009**, and the Plaintiff's Response filed on 7/22/2009;

       **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions

of this court.

                               **s/John Feikens_____**
                               John Feikens
                               United States District Judge

Dated:  July 23, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 23, 2009.

s/Carol Cohron
Deputy Clerk